IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DENISE CHANDLER-GODSEY                                              PLAINTIFF

      v.          Civil No. 08-5069

SCOTT GODSEY AND
DAVID MATTHEWS                                                      DEFENDANTS

## ORDER

NOW on this the 30th day of September 2008, comes on for consideration plaintiffs' **Motion to Change Name of Plaintiff** (document #10), to which no objections have been filed. The Court, being well and sufficiently advised, finds that said motion should be, and it hereby is, **GRANTED**. Accordingly, the Clerk of the Court is directed to change the record of this case to reflect plaintiff's current name of Denise Chandler.

    **IT IS SO ORDERED.**

                             **/s/ Jimm Larry Hendren**
                             **JIMM LARRY HENDREN**
                             **UNITED STATES DISTRICT JUDGE**